# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Dana & Bryan Brazdo,<br><br>Plaintiffs,<br>v.<br><br>Admin Recovery LLC; and<br>DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.:<br>1:11-cv-04378-JEC-AJB |

## PLAINTIFFS DANA & BRYAN BRAZDO'S
## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiffs Dana & Bryan Brazdo, through counsel, hereby withdraw the complaint and voluntarily dismiss this action with prejudice.

Dated: October 26, 2012

        Respectfully submitted,

        /s/  Cara Hergenroether, Esq.
        Attorney Bar No.: 570753
        Attorney for Plaintiffs
        Dana & Bryan Brazdo
        LEMBERG & ASSOCIATES L.L.C.
        1400 Veterans Memorial Highway
        Suite 134, #150
        Mableton, GA 30126
        Telephone: (855) 301-2100 ext. 5516
        Facsimile:   (888) 953-6237
        Email:
        chergenroether@lemberglaw.com

        Counsel To:

        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether
Georgia Bar No. 570753
Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424